# NOTICE OF PROTECTION PROVIDED BY LIFE AND HEALTH INSURANCE PROTECTION ASSOCIATION

This notice provides a brief summary of the Life and Health Insurance Protection Association ("the Association") and the protection it provides for policyholders. This safety net was created under Colorado law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your life, annuity or health insurance company becomes financially unable to meet its obligations and is taken over by its Insurance Department. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Colorado law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association are:

- **Life Insurance**
  - $300,000 in death benefits
  - $100,000 in cash surrender or withdrawal values
- **Health Insurance**
  - $500,000 in hospital, medical and surgical insurance benefits
  - $300,000 in disability insurance benefits
  - $300,000 in long term care insurance benefits
  - $100,000 in other types of health insurance benefits
- **Annuities**
  - $250,000 in withdrawal and cash values

In general, the maximum amount of protection for each individual, regardless of the number of policies or contracts, is $300,000. Special rules may apply with regard to hospital, medical and surgical insurance benefits.

**Note: Certain policies and contracts may not be covered or fully covered.** For example, coverage does not extend to any portion(s) of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract. There are also various residency requirements and other limitations under Colorado law.

To learn more about the above protections, as well as protections relating to group contracts or retirement plans, please visit the Association's website http://colifega.org or contact:

| | |
|---|---|
| *Colorado Life and Health* <br> *Insurance Protection Association* <br> 201 Robert S. Kerr Ave. Suite 600 <br> Oklahoma City, OK 73102 <br> 1-800-337-7796 | *Colorado Division of Insurance* <br> 1560 Broadway, Suite 850 <br> Denver, CO 80202 <br> (303) 894-7499 |

**Insurance companies and agents are not allowed by Colorado law to use the existence of the Association or its coverage to encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between this notice and Colorado law, then Colorado law will control.**

EXHIBIT 2 - 001

# Massachusetts Mutual Life Insurance Company

Home Office: Springfield, MA 01111-0001
Long Term Care Administrative Office
P.O. Box 4243
Woodland Hills, CA 91365-4243
888.505.8952

## Long Term Care Insurance Policy

> **THIS POLICY IS INTENDED TO BE A QUALIFIED LONG TERM CARE INSURANCE CONTRACT** AS DEFINED UNDER SECTION 7702B(b) OF THE INTERNAL REVENUE CODE OF 1986 and will be endorsed to conform to changes in that definition. You should consult with your attorney, accountant, or tax advisor regarding the tax implications of purchasing this long term care insurance.

**Read this Policy carefully. It is a legal contract between you and us.**

**NOTICE TO BUYER**: This Policy may not cover all of the costs associated with long term care incurred by the buyer during the period of coverage. The buyer is advised to review carefully all Policy limitations.

**CAUTION:** The issuance of this Long Term Care Insurance Policy is based upon your responses to the questions on your application. A copy of your application is enclosed. If responses are incorrect or untrue, we may have the right to deny benefits or rescind your Policy. The best time to clear up any questions is now, before a claim arises! If, for any reason, any of your answers are incorrect, contact us at the address shown above.

**THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY:** If you are eligible for Medicare, review the *Guide to Health Insurance for People with Medicare* available from us.

**INSURING AGREEMENT AND EFFECTIVE DATE:** Subject to the terms and conditions described in this Policy, Massachusetts Mutual Life Insurance Company agrees to pay to you the benefits described in this Policy. We make this agreement and issue this Policy in consideration of: (a) the statements made in your signed application, which is attached to and made a part of this Policy; and (b) payment of the initial premium. This Policy takes effect on the Policy Effective Date shown in the Benefit Schedule.

**RENEWABILITY:** This Policy is guaranteed renewable for life. To renew, pay the premium due by the Premium Due Date or within the Grace Period. We cannot cancel or refuse to renew this Policy. Premiums are subject to change. We can only change the premium for this Policy if we change premiums for everyone in your state with the same Policy form. We will give you at least 31 days written notice at your last address shown in our records before we change your premium.

**YOUR 30 DAY FREE LOOK PERIOD:** If you are not satisfied with this Policy, you may return it to our agent or us within 30 days from the date you receive it. We will then refund any premium you have paid and the Policy, all riders and attachments will be considered never to have been in effect.

Signed for the Massachusetts Mutual Life Insurance Company at Springfield, Massachusetts.

Chairman, President and
Chief Executive Officer

Secretary

DUPLICATE

MM-200-P                           – 1 –                                    01

EXHIBIT 2 - 002

# TABLE OF CONTENTS

RENEWABILITY. . . . . . . . . . . . . . . . . 1

BENEFIT SCHEDULE. . . . . . . . . . . . . . 3

DEFINITIONS . . . . . . . . . . . . . . . . . . 4

BENEFIT PROVISIONS. . . . . . . . . . . . . 8

   Benefit Amount . . . . . . . . . . . . . . . . 8

   Restoration of the Benefit Amount. . . . . . 9

   Eligibility for Benefits . . . . . . . . . . . . 9

   Payment of Benefits . . . . . . . . . . . . . 9

   Facility Services Benefit . . . . . . . . . . . 9

   Facility Bed Reservation Benefit. . . . . . . 10

   Home and Community Based
   Services Benefit. . . . . . . . . . . . . . . . 10

   Caregiver Training Benefit . . . . . . . . . 10

   Respite Care Benefit . . . . . . . . . . . . . 10

   Alternative Plan of Care Benefit. . . . . . . 11

   Personal Care Advisor . . . . . . . . . . . . 11

LIMITATIONS OR CONDITIONS ON
ELIGIBILITY FOR BENEFITS. . . . . . . . . 12

   Limitations and Exclusions . . . . . . . . . 12

FILING A CLAIM. . . . . . . . . . . . . . . . 12

   Notice of Claim. . . . . . . . . . . . . . . . 12

   Claim Forms . . . . . . . . . . . . . . . . . 12

   Proof of Loss . . . . . . . . . . . . . . . . . 13

   Time of Payment of Claims . . . . . . . . . 13

   Payment of Claims . . . . . . . . . . . . . . 13

   Extension of Benefits . . . . . . . . . . . . 13

   Coordination of Benefits with Medicare . . 13

   Plan of Care Updates and Examinations . . 13

   Appealing a Claim . . . . . . . . . . . . . . 14

   Right of Recovery. . . . . . . . . . . . . . . 14

   Legal Action . . . . . . . . . . . . . . . . . 14

PREMIUM PAYMENTS . . . . . . . . . . . . 14

   Premium Due Dates . . . . . . . . . . . . . 14

   Waiver of Premium. . . . . . . . . . . . . . 14

   Payment Responsibility . . . . . . . . . . . 14

   Unpaid Premium. . . . . . . . . . . . . . . 14

   Grace Period . . . . . . . . . . . . . . . . . 14

   Refund of Unearned Premium . . . . . . . 15

GENERAL POLICY PROVISIONS . . . . . . 15

   Misstatement of Age . . . . . . . . . . . . . 15

   Entire Contract; Changes . . . . . . . . . . 15

   Incontestability . . . . . . . . . . . . . . . . 15

   Policy Termination. . . . . . . . . . . . . . 16

   Reinstatement – Lapse Due to Severe Cognitive
   Impairment or Functional Incapacity. . . . 16

   Reinstatement – Lapse Due to
   Nonpayment of Premium . . . . . . . . . . 16

   Joint Coverage Provision. . . . . . . . . . . 17

   Policy Ownership. . . . . . . . . . . . . . . 18

   Assignment . . . . . . . . . . . . . . . . . . 18

   Conformity with State Statutes. . . . . . . . 18

DUPLICATE

EXHIBIT 2 - 003

BENEFIT SCHEDULE

INSURED INFORMATION

Policy Number: 14-14611788

Insured:       Phillip Joseph Meyer                    Insuring Age:   43


POLICY INFORMATION                                          PREMIUM

Long Term Care Policy, MM-200-P                             $38.35

Indemnity Benefit Rider, MM-200-R5                          $7.67

Compound Inflation Protection Rider, MM-200-R3             $61.67

Home and Community Based Services
Waiver of Premium Benefit Rider, MM-200-R11                 $3.88

Total Monthly Premium:                                    $111.57


Premium Paying Period:                                    Lifetime

Policy Effective Date:                                    8/19/2002

Dated    4/28/2022    this Benefit Schedule replaces any previously issued
Benefit Schedules.

BENEFIT INFORMATION

Elimination Period:                                        90   Days

Daily Benefit for Facility Services and Home
and Community Based Services:                               $120

Lifetime Maximum Caregiver Training Benefit:        Three (3) times
                                                   the Daily Benefit

Benefit Amount:                                          Unlimited


If you have questions about your Policy or if you have a claim, you may
contact your Personal Care Advisor by calling toll-free at 888-505-8952.


DUPLICATE

EXHIBIT 2 - 004

# DEFINITIONS

**You, Your** means the person (or persons, for joint coverage) named as the insured(s) on the Benefit Schedule.

**We, Us, Our** means Massachusetts Mutual Life Insurance Company.

**Activities of Daily Living** are:

- **Bathing:** washing oneself by sponge bath; or in either a tub or shower, including the task of getting into or out of the tub or shower.
- **Continence:** the ability to maintain control of bowel and bladder function; or, when unable to maintain control of bowel or bladder function, the ability to perform associated personal hygiene (including caring for catheter or colostomy bag).
- **Dressing:** putting on and taking off all items of clothing and any necessary braces, fasteners, or artificial limbs.
- **Eating:** feeding oneself by getting food into the body from a receptacle (such as a plate, cup or table) or by a feeding tube or intravenously.
- **Toileting:** getting to and from the toilet, getting on and off the toilet, and performing associated personal hygiene.
- **Transferring:** moving into or out of a bed, chair, or wheelchair.

**Adult Day Care** is a program of services provided during the day in a community group setting through an Adult Day Care Center that includes:

- care for six (6) or more individuals; and
- social and health-related services; and
- Maintenance or Personal Care Services.

The purpose of such a program is to support frail, impaired elderly or other disabled adults who can benefit from care in a group setting outside the home.

**Adult Day Care Center** is a facility licensed under state law, if any, to provide Adult Day Care to adults who do not require 24-hour institutional care, but are not capable of full-time, independent living.

**Assisted Living Facility** means a place which:

- is licensed under state law to perform the services it is providing, where such licensing is required; and
- has at least one trained staff member on duty 24 hours per day; and
- provides continuous room and board; and
- provides Maintenance or Personal Care Services required by residents due to their inability to perform the Activities of Daily Living or due to a Severe Cognitive Impairment.

Assisted Living Facilities do not include Hospitals. Unless otherwise excluded in this Policy, Assisted Living Facilities include facilities otherwise named, but which meet the above criteria, including secure Alzheimer's units.

MM-200-P                                   – 4 –                      DUPLICATE                      01

EXHIBIT 2 - 005

**Benefit Schedule** is page 3 of this Policy that shows: insured information; Policy information; and benefit information.

**Caregiver Training** is training provided by a health care professional to an informal caregiver. The informal caregiver may be a member of your Family, a friend, or neighbor. Examples of such training may include, but are not limited to:

- the proper care and use of medical devices such as catheters, intravenous medications, ostomy bags, or suctioning tubes; or
- assistance with medications, bandages and dressings; or
- the proper performance of various procedures to assist you with your Activities of Daily Living.

**Chronically Ill** means that within the previous 12 months, you have been certified by a Licensed Health Care Practitioner as:

- being unable to perform, without Substantial Assistance, at least two Activities of Daily Living for a period of at least 90 days due to loss of functional capacity; or
- having a Severe Cognitive Impairment.

**Elimination Period** is the number of days you must receive either Facility Services or Home and Community Based Services (if covered under this Policy) before we will begin paying benefits under this Policy. Your Elimination Period is shown on the Benefit Schedule. Each day of covered services under this Policy, unless otherwise noted, counts towards your Elimination Period. Once you have satisfied the Elimination Period, no future Elimination Period is required. Days may be accumulated under separate claims in order to satisfy the Elimination Period. The Elimination Period applies to each insured individually in the case of joint coverage.

**Facility Services** are:

- Qualified Long Term Care Services provided to you in a Nursing Facility or an Assisted Living Facility; or
- Maintenance or Personal Care Services performed in an Assisted Living Facility.

**Family** includes you or your spouse; and the mother, father, sister, brother, and children of either you or your spouse.

**Hands-On Assistance** is the physical assistance of another person without which you would be unable to perform the Activity of Daily Living.

**Home and Community Based Services** are Qualified Long Term Care Services provided to you through: Adult Day Care; Home Health Care; Hospice Care; and Caregiver Training.

DUPLICATE

MM-200-P                                    – 5 –                                    01

EXHIBIT 2 - 006

**Home Health Care** is a program of medical and nonmedical services provided to ill, disabled or infirm persons through a Home Health Care Agency, including:

- professional nursing care by or under the supervision of a RN or other nurse; or
- care by a Home Health Aide; or
- therapeutic care services by or under the supervision of a speech, occupational, physical, or respiratory therapist licensed under state law, if any; or
- homemaker services.

Home Health Care is provided to you in a setting other than a Nursing Facility, Hospital, or an Assisted Living Facility.

**Home Health Aide** is a person, other than a RN or nurse, who provides: Maintenance or Personal Care Services; medical; speech; occupational; physical; or respiratory therapeutic care services under the supervision of a Home Health Care Agency.

A Home Health Aide must be duly licensed or certified under state law, if any, and acting within the scope of his or her license or certification at the time the treatment or service is performed.

**Home Health Care Agency** is a Hospital, agency, or other provider licensed under state law, if any, to provide Home Health Care.

**Hospice Care** is Qualified Long Term Care Services which provide a program of care to meet your needs in the event you become terminally ill.

**Hospital** is an institution or facility that is:

- licensed as a Hospital by the proper authority of the state in which it is located; or
- accredited as a Hospital by the Joint Commission on Accreditation of Hospitals (JCAH).

**Licensed Health Care Practitioner** is:

- a Physician; or
- a Registered Nurse; or
- a Licensed Social Worker.

The Licensed Health Care Practitioner must not be a member of your Family. Nor can the Licensed Health Care Practitioner nor any member of the Licensed Health Care Practitioner's Family be an owner or in any way control the operation of a facility in which you receive care or treatment.

**Licensed Social Worker** is a duly licensed social worker acting within the scope of their license at the time the treatment or service is performed.

**Maintenance or Personal Care Services** is any care provided primarily to give needed assistance to you as a result of your being Chronically Ill (including protection of your health and safety due to a Severe Cognitive Impairment).

MM-200-P                          – 6 –            DUPLICATE                    01

EXHIBIT 2 - 007

**Medicare** means the Health Insurance for the Aged Act, Title XVIII of the Social Security Amendments of 1965 as then constituted or later amended.

**Mental or Nervous Disorders** are: affective disorders; anxiety disorders; personality disorders; psychotic disorders; or other mental or emotional disease or disorders. This does not include Alzheimer's or other demonstrable organic diseases such as senile dementia.

**Nursing Facility** is a facility or institution, other than a Hospital, that:

- is licensed or certified by the state in which it is located; and
- is a separate facility or a distinct part of another health care facility; and
- provides 24-hour per day skilled, intermediate or custodial nursing care under the supervision of a RN or Physician; and
- maintains a daily record on each patient.

Nursing Facility does not include:

- convalescent homes, board and rest homes, homes for the aged, residential care facilities, domiciliary and retirement care facilities, or training centers; or
- government or veterans facilities or any other facility where the patient is not required to pay.

**Physician**, as defined in section 1861(r)(1) of the Social Security Act, is a doctor of medicine or osteopathy legally authorized to practice medicine and surgery by the state in which he or she performs such function or action, including osteopathic practitioners within the scope of their practice as defined by state law.

The Physician must not be a member of your Family. Nor can the Physician, nor any member of the Physician's Family, be an owner or in any way control the operation of a facility in which you receive care or treatment.

**Plan of Care** is a written plan prescribed by a Licensed Health Care Practitioner developed in consultation with you, based upon an assessment indicating you are Chronically Ill. The Plan of Care will recommend the necessary services to be performed. In addition, it will specifically identify the frequency and type of care most suitable to meet your needs, as well as the most appropriate providers for such care. The Plan of Care is updated as your needs change.

**Policy** is this contract with Massachusetts Mutual Life Insurance Company.

**Policy Effective Date** is the date coverage under this Policy is first in force. This date is shown on the Benefit Schedule.

**Qualified Long Term Care Services** are necessary diagnostic, preventive, therapeutic, curing, treating, mitigating and rehabilitative services, and Maintenance or Personal Care Services which are required by you when you are Chronically Ill, and are provided pursuant to a Plan of Care.

**Registered Nurse (RN)** means a duly licensed registered graduate professional nurse acting within the scope of their license at the time the treatment or service is performed.

DUPLICATE

EXHIBIT 2 - 008

The RN must not be a member of your Family. Nor can the RN, nor any member of the RN's Family, be an owner or in any way control the operation of a facility in which you receive care or treatment.

**Respite Care** is Qualified Long Term Care Services provided on a short term basis to relieve family or friends who are the primary caregivers in your residence. Respite Care may be provided in: your home; a Nursing or Assisted Living Facility; or through a community based program.

**Severe Cognitive Impairment** is your deterioration or loss of intellectual capacity, which requires Substantial Supervision by another person to protect yourself or others from threats to health and safety. It is measured by clinical evidence and standardized tests that reliably measure your impairment in:

- short or long term memory;
- your orientation as to person (such as who you are), place (such as your location) and time (such as day, date and year); and
- deductive or abstract reasoning.

A Severe Cognitive Impairment includes Alzheimer's disease and similar forms of irreversible dementia.

**Single Claim Period** is a claim for benefits under this Policy which is not interrupted by a period of 180 consecutive days during which you do not meet the Eligibility for Benefits requirements (because you have recovered and you are receiving no benefits under the Policy).

**Stand-By Assistance** is the presence of another person within arm's reach of you that is necessary to prevent, by physical intervention, injury to you while you are performing the Activity of Daily Living.

**Substantial Assistance** means Hands-On or Stand-By Assistance.

**Substantial Supervision** means continual supervision by another person to protect you or others from threats to health or safety (such as may result from wandering) when you have a Severe Cognitive Impairment. Such supervision may include cueing by verbal prompting, gestures, or other similar demonstrations.

## BENEFIT PROVISIONS

**Benefit Amount**      Your Benefit Amount is shown on the Benefit Schedule. The total of all benefits paid under this Policy and any attached riders may not exceed this Benefit Amount. Your coverage will end after the Benefit Amount, or if benefits have been restored, the Maximum Benefit Amount with Restoration of Benefits, has been paid.



EXHIBIT 2 - 009

**Restoration of the Benefit Amount**

Benefits paid during a Single Claim Period may not exceed the Benefit Amount. However, the Benefit Amount (if less than unlimited) may be restored, if for a period of 180 consecutive days:

- this Policy is in force; and
- you do not meet the requirements under the Eligibility for Benefits provision (because you have recovered); and
- you are receiving no benefits under the Policy.

Restoration of the Benefit Amount is limited to the Maximum Benefit Amount with Restoration of Benefits shown on the Benefit Schedule.

**Eligibility for Benefits**

While this Policy is in force, you will be eligible for benefits if you are Chronically Ill. This means that within the previous 12 months, you have been certified by a Licensed Health Care Practitioner as:

- being unable to perform, without Substantial Assistance, at least two Activities of Daily Living for an expected period of at least 90 days due to loss of functional capacity; or
- having a Severe Cognitive Impairment.

The 90 day requirement does not establish a waiting period before which benefits may be paid or before which services may constitute Qualified Long Term Care Services.

**Payment of Benefits**

While this Policy is in force, we will pay benefits if:

- you satisfy the Eligibility for Benefits provision; and
- you have satisfied the Elimination Period shown on the Benefit Schedule; and
- you receive services covered under this Policy pursuant to a Plan of Care; and
- you have not been paid benefits that exceed the Benefit Amount or if benefits have been restored, that exceed the Maximum Benefit Amount with Restoration of Benefits shown on the Benefit Schedule; and
- you satisfy the claim requirements under the FILING A CLAIM section; and
- your claim is not subject to any limitation or exclusion contained in this Policy.

**Facility Services Benefit**

If you have satisfied the Payment of Benefits provision, we will pay a daily benefit for each day of Facility Services that you receive in a Nursing Facility or Assisted Living Facility.

Payment will be the actual daily Facility Services charges you incur, up to the Daily Benefit shown on the Benefit Schedule. Benefits paid are subtracted from the Benefit Amount.

DUPLICATE

EXHIBIT 2 - 010

**Facility Bed Reservation Benefit**

If you have satisfied the Payment of Benefits provision we will pay you a Bed Reservation Benefit if you:

- are receiving Facility Services; and
- become hospitalized; and
- are charged by the Nursing Facility or Assisted Living Facility to reserve your accommodations.

Payment will be the actual daily charges you incur for the reservation, up to the Daily Benefit shown on the Benefit Schedule. Benefits paid are subtracted from the Benefit Amount. This benefit is payable for a maximum of 30 days per calendar year.

**Home and Community Based Services Benefit**

The Home and Community Based Services Benefit is covered and payable only if there is a Daily Benefit shown on the Benefit Schedule for this benefit. If you have satisfied the Payment of Benefits provision, we will pay a daily benefit for each day of covered Home and Community Based Services (Adult Day Care, Home Health Care, Hospice Care) you receive.

Payment will be the actual daily Home and Community Based Services charges you incur, up to the Daily Benefit shown on the Benefit Schedule. Benefits paid are subtracted from the Benefit Amount. This benefit is not payable if: you are receiving Facility Services Benefits; or you are confined in a Hospital.

**Caregiver Training Benefit**

If Home and Community Based Services are covered under this Policy and you have satisfied the Payment of Benefits provision, we will pay a benefit for Caregiver Training. You do not have to satisfy the Elimination Period to receive this benefit. However, use of this benefit does not count towards satisfaction of the Elimination Period for any other benefits payable under this Policy.

Payment will be the actual Caregiver Training charges you incur, up to the Lifetime Maximum Caregiver Training Benefit shown on the Benefit Schedule. Benefits paid are subtracted from the Benefit Amount. The Lifetime Maximum Caregiver Training Benefit is the maximum amount that we will reimburse for all Caregiver Training charges while you are insured under this Policy. We will not pay for Caregiver Training provided to a person who will be paid as your caregiver.

**Respite Care Benefit**

If you have satisfied the Payment of Benefits provision, we will pay a daily benefit for each day of Respite Care that you receive. You do not have to satisfy the Elimination Period to receive this benefit. However, use of this benefit does not count towards satisfaction of the Elimination Period.

Payment will be the actual daily Facility Services charges or the actual daily Home and Community Based Services charges (if covered under this Policy) you incur, up to the Daily Benefit shown on the Benefit Schedule. Benefits paid are subtracted from the Benefit Amount. The Respite Care Benefit is payable for a maximum of 30 days per calendar year.



EXHIBIT 2 - 011

**Alternative Plan of Care Benefit**

An Alternative Plan of Care provides for Qualified Long Term Care Services which may include: equipment purchases or rentals; permanent or temporary modifications to your residence (such as ramps or rails); or care services not normally covered under the Home and Community Based Services Benefit. The Alternative Plan of Care is not available for providing Home and Community Based Services Benefits if this Policy provides Facility Services Benefits only. We reserve the right to make the final decision on any request for the Alternative Plan of Care Benefit.

We will pay for an Alternative Plan of Care if:

- you have satisfied the Payment of Benefits provision; and

- you, your Licensed Health Care Practitioner, and we agree that an Alternative Plan of Care is: (a) medically acceptable; and (b) the most cost efficient manner in which to provide benefits for your claim under this Policy; and

- you agree that you will not receive payments for any other benefits under this Policy while Alternative Plan of Care Benefits are being paid.

All benefits paid under an Alternative Plan of Care are subtracted from the Benefit Amount.

**Personal Care Advisor**

A Personal Care Advisor is available to assist you with questions regarding such matters as:

- Eligibility for Benefits; or

- appropriate level of care; or

- availability of facilities and other care and service resources in your area; or

- any other questions you may have about a claim for benefits.

You may contact your Personal Care Advisor by calling the toll-free number shown on the front of this Policy.

DUPLICATE

EXHIBIT 2 - 012

## LIMITATIONS OR CONDITIONS ON ELIGIBILITY FOR BENEFITS

**Limitations and Exclusions**

No benefits will be paid for any confinement, care, treatment, or service(s):

- provided to you by a person in your Family;
- that results from attempted suicide or intentionally self-inflicted injury;
- that results from voluntary participation in a felony, attempted felony, or illegal occupation;
- provided outside the United States or its territories, or Canada;
- that results from a sickness or injury for which benefits are provided under any state or federal worker's compensation law;
- for which you have no financial liability or that is provided at no charge in the absence of insurance;
- provided in a government facility (unless otherwise required by law);
- provided for the treatment of alcoholism or drug addiction, or in facilities operated primarily for such treatment;
- provided as a result of your being intoxicated or under the influence of a narcotic, except to the extent that the alcohol or narcotics are prescribed by a Physician; or
- provided in facilities operated primarily for the treatment of Mental or Nervous Disorders.

## FILING A CLAIM

**Notice of Claim**

You must give us written Notice of Claim within 30 days after you begin receiving care or services covered under this Policy, or as soon thereafter as reasonably possible. You may give notice or you may have someone do it for you. The notice must provide us with sufficient information to identify you. It should be mailed to us at our Long Term Care Administrative Office, or to one of our agents.

**Claim Forms**

After you notify us of a claim, we will send you or your representative a claim form used for filing Proof of Loss. You or your representative must complete it and return it to us.

If we do not send you a claim form within 15 days of your notice to us, you may meet the Proof of Loss requirement by giving us a written statement within the time limit stated in the Proof of Loss section. The written statement must give us information sufficient to identify you and must outline the nature and extent of your loss.



EXHIBIT 2 - 013

**Proof of Loss**

You will be considered to have provided Proof of Loss when we receive a completed claim form and any necessary statements or bills which include the date, nature, and charges for all covered care you have received. Proof of Loss must be sent to us within 90 days after the date of your loss. If it is not possible to give us timely Proof of Loss, we will not reduce or deny your claim if Proof of Loss is filed as soon as you reasonably can provide the information to us.

If we do not pay benefits upon receipt of written Proof of Loss, we will mail you within 30 working days, a letter which states our reasons for not paying the claim, either in whole or in part. The letter will also provide you with a written itemization of any documents or other information needed to process the claim or any portions not paid.

In no event, except in the absence of legal capacity, may Proof of Loss be submitted later than one year from 90 days after the date of your loss.

**Time of Payment of Claims**

Benefits payable under this Policy will be paid as soon as we receive proper written Proof of Loss.

**Payment of Claims**

We will pay all benefits to you, or the owner of this Policy if other than you, or your assignee. Unassigned benefits remaining due upon your death may be paid to your estate. If benefits are payable to your estate, we may pay up to $1,000 to any relative of yours by blood or marriage who we find is entitled to it. Any payments made in good faith will discharge us with regard to such payment.

We may pay all or a portion of any benefits for care or services covered under this Policy to the provider of such care or services; unless you instruct us in writing to do otherwise when you file your Proof of Loss with us. We do not require that you receive care or services from a specifically designated provider.

**Extension of Benefits**

Termination of this Policy will not terminate any benefits payable for Facility Services if your confinement begins while your Policy is in force and continues without interruption after the Policy terminates. Any benefits payable under this provision are subject to: the Benefit Amount; any applicable Elimination Period; and all other provisions and limitations of this Policy.

**Coordination of Benefits with Medicare**

Benefits are not payable under this Policy for expenses incurred to the extent that such expenses are reimbursable under Medicare or would be so reimbursable but for the application of a deductible or coinsurance amount.

**Plan of Care Updates and Examinations**

We may require copies of updates to your Plan of Care while you are receiving benefits.

In addition, we may require that a Physician or other individuals practicing within the scope of their licenses examine you, while a claim is pending or while you are receiving benefits, as often as reasonably required. We will pay for these examinations and will choose the individual to perform them.

DUPLICATE

EXHIBIT 2 - 014

**Appealing a Claim**    We will evaluate your claim based on the provisions of this Policy and the information given by you, your Physician, and other available sources. We will inform you in writing if we deny your claim or any part of your claim. If you do not agree with a claim decision, you or your representative may appeal the denial. The appeal must be in writing to us and include all information that pertains to the claim. No special form is needed. We will review your request and notify you or your representative of our decision within 30 days of receiving the request.

**Right of Recovery**    If we make any errors in processing your claim, we have the right to recover any overpayment of benefits. We will recover by offset any amounts that have not been previously recovered at the time we make another benefit payment.

**Legal Action**    Legal action to recover benefits under this Policy may not be started earlier than 60 days after required Proof of Loss has been filed with us. Further, no legal action may be started later than three years after required Proof of Loss was filed with us.

## PREMIUM PAYMENTS

**Premium Due Dates**    The first premium is due on the Policy Effective Date. After the first premium has been paid, premiums will be due in the amount and frequency shown on your premium statement.

**Waiver of Premium**    After you (either insured for joint coverage) have been confined in a Nursing Facility or an Assisted Living Facility for a period of 90 days, and you meet the requirements in the Eligibility for Benefits provision, no premiums will be due following the 90th day. The 90 days need not be consecutive, but must be satisfied during a Single Claim Period. Premiums already paid but not earned will be refunded to you on a pro-rata basis.

Premiums will again be due after your confinement ends. Any subsequent confinement separated by a period of at least 180 consecutive days will be considered a new claim period, subject to a new 90 day waiting period as described above.

**Payment Responsibility**    You are responsible for payment of all your premiums due while coverage is in force. Payment shall be sent to us at our Long Term Care Administrative Office, or any other office that we may designate.

**Unpaid Premium**    We may deduct any premium due and unpaid from any claim payment payable under this Policy.

**Grace Period**    Except for the first premium, you will have 31 days after each due date to pay the premium due. Your Policy remains in force during the Grace Period.

DUPLICATE

MM-200-P                                – 14 –                                01

**EXHIBIT 2 - 015**

If your premium is not paid by the 30th day of the Grace Period, we will notify you and an individual designated by you to receive notice of lapse due to non-payment of premium.

If your premium is not paid within 35 days after such notification is sent, your Policy will lapse, effective as of the premium due date.

**Refund of Unearned Premium**

Upon your death (second-to-die in the case of joint coverage), we will refund any unearned premium for this Policy on a pro-rata basis (as described in the Payment of Claims Provision). We will make this refund within 30 days of receipt of proof of your death.

If you (both insureds in the case of joint coverage) request in writing to cancel this Policy, we will refund any unearned premium to you on a pro-rata basis. Cancellation will be effective upon: receipt of your request; or a later date specified by you. Cancellation will be without prejudice to any claim originating prior to the effective date of cancellation.

## GENERAL POLICY PROVISIONS

**Misstatement of Age**

If your age is misstated on the application, we may, at any time, adjust your benefits and/or premiums to reflect your correct age. If no coverage would have been provided based on your correct age, our liability is limited to a refund of any premium paid for this Policy, and the Policy is null and void as of the Policy Effective Date.

**Entire Contract; Changes**

This Policy and the attached application, plus any additional attachments, is the entire contract. No agent, employee, or person other than one of our officers has authority to change the Policy. Any change must be shown on your Policy and approved in writing.

**Incontestability**

If your Policy has been in force for less than six (6) months, upon a showing of misrepresentation that is material to the acceptance of coverage, we may rescind your Policy or deny an otherwise valid claim on your Policy.

If your Policy has been in force for at least six (6) months, but less than two (2) years, and if we can show the misrepresentation is both material to the acceptance of coverage and that it pertains to the condition for which benefits are sought, we may rescind your Policy or deny an otherwise valid claim on your Policy.

After this Policy has been in force for two (2) years it is not contestable upon the grounds of misrepresentation alone. After two (2) years, the Policy may be contested only upon a showing that you knowingly and intentionally misrepresented relevant facts relating to your health.

DUPLICATE

EXHIBIT 2 - 016

**Policy Termination**

This Policy will terminate and your coverage will end on the earliest of:

- the date that the total of all benefits paid under this Policy is equal to the Benefit Amount shown on the Benefit Schedule; or

- the date that the total of all benefits paid under this Policy is equal to the Maximum Benefit Amount with Restoration of Benefits shown on the Benefit Schedule if your benefits are restored; or

- the date we receive a written request from you (both insureds in the case of joint coverage) to cancel this Policy (or a later date specified by you in the cancellation request); or

- the date the Grace Period ends as described in the Grace Period provision; or

- the date of your death (second-to-die in the case of joint coverage).

If this Policy provides joint coverage and only one of you has exhausted the Benefit Amount or the Maximum Benefit Amount with Restoration of Benefits as described above, coverage will continue for the remaining insured as described under the Joint Coverage provision.

**Reinstatement – Lapse Due to Severe Cognitive Impairment or Functional Incapacity**

If your coverage has lapsed due to your Severe Cognitive Impairment or functional incapacity, your coverage may be reinstated without an application if:

- you or your representative requests reinstatement in writing within six (6) months after your last premium was due; and

- we receive evidence satisfactory to us that you have a Severe Cognitive Impairment or functional incapacity; and

- we receive all past due and unpaid premiums.

Your Policy will then be reinstated as of the date of lapse and both you and we shall have the same rights that existed prior to the due date of the premium in default.

**Reinstatement – Lapse Due to Nonpayment of Premium**

Without requiring an application, we may accept your past due and unpaid premiums, up to one year after lapse. Those payments will reinstate your Policy and put it back in force.

If we require an application for reinstatement, your coverage may be reinstated within one year after lapse if:

- you request reinstatement in writing; and

- we receive all past due and unpaid premiums (for which we will give you a conditional receipt); and

- you complete the application for reinstatement; and

- you are insurable under our underwriting rules in effect at the time you apply for reinstatement.

Reinstatement by application will be effective:

- on the date we approve your application; or

- on the 45th day following the date of the conditional receipt, if we have not previously declined your application in writing.

MM-200-P                                         – 16 –                    DUPLICATE                    01

EXHIBIT 2 - 017

Your reinstated Policy will cover only loss due to:

- sickness incurred more than 10 days after the date of reinstatement; and
- injury sustained after the date of reinstatement.

Upon reinstatement of your Policy both you and we shall have the same rights that existed prior to the last due date prior to lapse.

Premium rates for the reinstated Policy will be based on your original issue age.

**Joint Coverage Provision**

This Policy provides equal coverage for two persons if both apply and are issued coverage under this Policy. The name of each insured covered under the Policy is shown on the Benefit Schedule.

All benefits, Eligibility for Benefits, Payment of Benefits, Elimination Periods, Benefit Amount and Limitations and Exclusions described in this Policy or shown on the Benefit Schedule apply to each insured individually and separately, unless otherwise noted.

When one joint insured dies (and we receive proof of death) or if one joint insured terminates coverage under the Policy Termination provision, coverage continues for the remaining insured. The new premium rate will be the premium that would have been charged for an individual Policy at the original issue age and risk class of the remaining insured. However, the premium will be based on the premium rate table in effect at the time of the death or termination by one joint insured. Any unearned portion of the difference between the original joint premium and the new premium will be refunded to the remaining insured on a pro-rata basis. The new premium for the continued coverage will be due on the Policy's next Premium Due Date.

If you divorce or legally separate and request termination of joint coverage, upon our receipt of proof of divorce or legal separation, we will convert the joint Policy to separate individual Policies with the same coverage, effective on the next Premium Due Date, terminating your joint coverage on that date. Your converted coverage will be at the same premium rate that would have been charged for an individual Policy at your original issue age and risk class. However, the premium will be based on the premium rate table in effect on the date the conversion is effective.

Each of you will have 30 days to examine your converted Policy. Otherwise, it may be returned to us or our agent within 30 days after it is received. We will then refund any premium paid for the converted coverage and the Policy will be considered void from the date of conversion.

Other than divorce or legal separation, there is no right of conversion to an individual Policy. Coverage may be continued by timely payment of the joint premium rate, even if one of you no longer wants to be covered. In the event one of you dies or exhausts your benefits as described under the Policy Termination provision, coverage will be continued as described above.



EXHIBIT 2 - 018

**Policy Ownership**   You (both insureds in the case of joint coverage) are the owner of this Policy unless otherwise provided in the application or changed by written request. While you are living, the owner may exercise every right and receive every benefit provided by this Policy. If the owner is not you and the owner dies while you are living, unless otherwise provided, all rights of the owner shall be transferred to the owner's executors or administrators.

**Assignment**   No assignment of interest under your Policy shall be binding upon us unless the original or a copy of the assignment is filed with us at our Long Term Care Administrative Office. We do not assume any responsibility for the validity of an assignment.

**Conformity with**
**State Statutes**   Any part of this Policy that, on the Policy Effective Date, conflicts with the laws of the state in which you reside on such date, is hereby amended to meet the minimum requirements of those laws.



EXHIBIT 2 - 019

# Massachusetts Mutual Life Insurance Company

Home Office: Springfield, MA 01111-0001
Long Term Care Administrative Office
P.O. Box 4243
Woodland Hills, CA 91365-4243
888.505.8952

## Endorsement

This endorsement is attached to and made part of your Policy as of the Policy Effective Date.

The **RENEWABILITY** section of the Policy is deleted in its entirety and is replaced by the following:

**RENEWABILITY**: This Policy is guaranteed renewable for life. To renew, pay the premium due by the Premium Due Date or within the Grace Period. We cannot cancel or refuse to renew this Policy. Premiums are guaranteed for the first five (5) Policy years, but after that are subject to change. We can only change the premium for this Policy if we change premiums for everyone in your state with the same Policy form. We will give you at least thirty-one (31) days written notice at your last address shown in our records before we change your premium.

The following definitions are added to the **DEFINITIONS** section of the Policy:

**Independent Home Health Caregiver** is a person who:

■ is independently employed and not associated with a Home Health Care Agency; and

■ provides care within the scope of their employment in the performance of Qualified Long Term Care Services; and

■ meets training and education requirements agreed to by us.

**Homemaker Services** are necessary services required pursuant to a Plan of Care because you are Chronically Ill.

The definition of **Home Health Care** is deleted from the **DEFINITIONS** section of the Policy in its entirety and is replaced by the following:

**Home Health Care** is a program of medical and nonmedical services provided to ill, disabled or infirm persons through a Home Health Care Agency or Independent Home Health Caregiver, including:

■ professional nursing care by or under the supervision of a RN or other licensed nurse; or

■ care by a Home Health Aide; or

■ therapeutic care services by or under the supervision of a speech, occupational, physical, or respiratory therapist licensed or certified under state law if any, or a registered dietician; or

■ Homemaker Services.

Home Health Care is provided to you in a setting other than a Nursing Facility, Hospital, or an Assisted Living Facility.

DUPLICATE

EXHIBIT 2 - 020

Under the **BENEFIT PROVISIONS** section of the Policy the **Facility Bed Reservation Benefit** is deleted in its entirety and is replaced by the following:

**Facility Bed Reservation Benefit**

After you satisfy the Payment of Benefits provision, we will pay you a Bed Reservation Benefit if you:

- are receiving Facility Services; and

- incur a temporary absence from the facility; and

- are charged by the Nursing Facility or Assisted Living Facility to reserve your accommodations.

Payment will be the actual daily charges you incur for the reservation, up to the Daily Benefit shown on the Benefit Schedule. We will subtract the benefit we pay from the Benefit Amount. This benefit is payable for a maximum of thirty (30) days per calendar year.

Under the **LIMITATIONS OR CONDITIONS ON ELIGIBILITY FOR THE PAYMENT OF BENEFITS** section of the Policy, the following exclusion is deleted in its entirety

- provided outside the United States or its territories, or Canada

and is replaced by the following exclusion:

- provided outside the United States or its territories, or Canada, except that we will provide benefits outside the United States or its territories, or Canada for up to thirty (30) days per calendar year during a Single Claim Period.

**Signed for the Massachusetts Mutual Life Insurance Company at Springfield, Massachusetts.**

Chairman, President and
Chief Executive Officer

Secretary

DUPLICATE

EXHIBIT 2 - 021

# Massachusetts Mutual Life Insurance Company

Home Office: Springfield, MA 01111-0001
Long Term Care Administrative Office
P.O. Box 4243
Woodland Hills, CA 91365-4243
888.505.8952

## Indemnity Benefit Rider

This rider is part of your Policy. It is effective on the date shown on the Benefit Schedule of the attached Policy. It is issued in consideration of your application and premium submitted by you for this rider. All definitions, provisions, limitations, and exceptions of the Policy apply to this rider unless changed by this rider. Read this rider carefully. It is a part of a legal contract between you and us.

| | |
|---|---|
| **Indemnity Benefit** | If you meet the Payment of Benefits provision under the Policy, the amount payable to you for covered services will be equal to the full Daily Benefit shown in the Benefit Information section of the Benefit Schedule, regardless of actual charges incurred by you. This applies to each benefit you qualify for as described under the Benefit Provisions in the Policy. |
| **Coordination of Benefits with Medicare** | The Coordination of Benefits provision is deleted in its entirety, and there is no Coordination of Benefits while this rider is attached to the Policy. |
| **Your 30 Day Free Look Period** | If you are not satisfied with your rider, you may return it to our agent or us within 30 days from the date you receive it. We will then refund any premium you have paid and the rider will be considered never to have been in effect. |

Signed for the Massachusetts Mutual Life Insurance Company at Springfield, Massachusetts.

President                                    Secretary

DUPLICATE

EXHIBIT 2 - 022

# Massachusetts Mutual Life Insurance Company

Home Office: Springfield, MA 01111-0001
Long Term Care Administrative Office
P.O. Box 4243
Woodland Hills, CA 91365-4243
888.505.8952

## Compound Inflation
## Protection Rider

This rider is part of your Policy. It is effective on the date shown on the Benefit Schedule of the attached Policy. It is issued in consideration of your application and premium submitted by you for this rider. All definitions, provisions, limitations, and exceptions of the Policy apply to this rider unless changed by this rider. Read this rider carefully. It is a part of a legal contract between you and us.

**Compound Inflation Protection**

On each Policy anniversary, we will increase the Daily Benefit shown in the Benefit Information Section of the Benefit Schedule. The increase will be 5% of the previous year's dollar amount.

On each Policy anniversary, we will also increase the remaining Benefit Amount and the Maximum Benefit Amount with Restoration of Benefits by 5%.

Benefits will continue to increase annually while the Policy is in force, including while you are receiving benefits under the Policy.

**Your 30 Day Free Look Period**

If you are not satisfied with your rider, you may return it to our agent or us within 30 days from the date you receive it. We will then refund any premium you have paid and the rider will be considered never to have been in effect.

**Signed for the Massachusetts Mutual Life Insurance Company at Springfield, Massachusetts.**

President                              Secretary

DUPLICATE

MM-200-R3                              – 1 –                              02

EXHIBIT 2 - 023

# Massachusetts Mutual Life Insurance Company

Home Office: Springfield, MA 01111-0001
Long Term Care Administrative Office
P.O. Box 4243
Woodland Hills, CA 91365-4243
888.505.8952

## Home and Community Based Services
## Waiver of Premium Benefit Rider

This rider is part of your Policy. It is effective on the date shown on the Benefit Schedule of the attached Policy. It is issued in consideration of your application and premium submitted by you for this rider. All definitions, provisions, limitations, and exceptions of the Policy apply to this rider unless changed by this rider. Read this rider carefully. It is a part of a legal contract between you and us.

**Waiver of Premium Benefit**

After you (either insured for joint coverage) have received 90 Home and Community Based Services visits and you meet the requirements in the Eligibility for Benefits provision, no premiums will be due following the 90th visit. The 90 visits need not be on consecutive days, but must be satisfied during a Single Claim Period. Premiums already paid but not earned will be refunded to you on a pro-rata basis.

Once you are eligible for Waiver of Premium, no further premiums will be due during a Single Claim Period, regardless of whether you are receiving Home and Community Based Services or you are confined in a Nursing Facility or an Assisted Living Facility.

Premiums will again be due at the end of a Single Claim Period. Any new claim will be subject to a new waiting period as described above.

The waiting period for Waiver of Premium under the Policy, for confinement in a Nursing Facility or Assisted Living Facility is 90 days. If you receive fewer than 90 Home and Community Based Services visits and do not qualify for Waiver of Premium under this Rider, we will credit any day on which you receive Home and Community Based Services toward satisfaction of the 90 day waiting period for Waiver of Premium under the Policy.

**Your 30 Day Free Look Period**

If you are not satisfied with your rider, you may return it to our agent or us within 30 days from the date you receive it. We will then refund any premium you have paid and the rider will be considered never to have been in effect.

Signed for the Massachusetts Mutual Life Insurance Company at Springfield, Massachusetts.

Chairman, President and
Chief Executive Officer

Secretary

DUPLICATE

EXHIBIT 2 - 024

0102000360

**Massachusetts Mutual Life Insurance Company**

Home Office; Springfield, MA 01111-0001
Long Term Care Administrative Office
P.O. Box 4243
Woodland Hills, CA 91365-4243
888.505.8952

"NEW BUSINESS"

2??? SEP 23 A1 9 16

**APPLICATION FOR
LONG TERM CARE INSURANCE**
MM-200-A.2-CO (PLEASE PRINT)

## Applicant Information

| Applicant (First Name, Middle Initial, Last Name) | Sex | Birthplace (City, State) |
|---|---|---|
| Phillip Joseph Meyer | ☒ M O F | Cleveland, Ohio |

| Social Security Number | Height | Weight | Birthdate | Age as of Nearest Birthday |
|---|---|---|---|---|
| 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 | 5'10" | 195 | 02-19-59 | 43 |

Residence Address (Street, City, State, Zip)
870 Ursula St. Aurora Co 80011

Phone
Work: N/A
Home:( 303 ) 340 0963
Best time to reach:
☒ Day   ☒ Evening

Billing Address – If different (Name, Street, City, State, Zip)

## Health Questions

**1. During the past 24 months, have you:**

Yes  No
- O  ☒ a) needed assistance or supervision for everyday activities such as cooking, dressing, eating, housekeeping, bathing, toileting, transferring, shopping or walking?
- O  ☒ b) been confined to a bed; or used a wheelchair, walker, braces or cane?
- O  ☒ c) received kidney dialysis, used oxygen equipment or a catheter?
- O  ☒ d) received home health care services such as homemaker services, physical or speech therapy, or other rehabilitative therapy?
- O  ☒ e) experienced confusion, forgetfulness or memory loss, dizziness, fainting, weakness or fatigue, falling, unstable gait, or loss of bladder or bowel control?
- O  ☒ f) been confined to a hospital, nursing facility, assisted living facility, or home for the aged?
- O  ☒ g) received disability benefits?

**2. During the past 10 years, have you been medically diagnosed with or treated for:**

Yes  No
- O  ☒ a) AIDS or positive HIV status
- O  ☒ b) Alzheimer's Disease or dementia
- O  ☒ c) Amyotrophic Lateral Sclerosis
- O  ☒ d) Multiple Sclerosis
- O  ☒ e) Muscular Dystrophy

Yes  No
- O  ☒ f) Myasthenia Gravis
- O  ☒ g) Organic Brain Syndrome
- O  ☒ h) Parkinson's Disease or Parkinsonism
- O  ☒ i) Lupus Erythematosis or Scleroderma
- O  ☒ j) Lymphoma

**3. During the past 10 years, have you been medically advised or treated for:**

Yes  No
- O  ☒ a) abnormal blood pressure
- O  ☒ b) heart or circulatory disorder
- O  ☒ c) diabetes
- O  ☒ d) asthma, emphysema or other chronic respiratory disorder
- O  ☒ e) cancer; internal or melanoma
- O  ☒ f) skin cancer other than melanoma
- O  ☒ g) TIA (transient ischemic attack)
- O  ☒ h) stroke
- O  ☒ i) amnesia

Yes  No
- O  ☒ j) paralysis
- O  ☒ k) any form of neurological disorder
- O  ☒ l) cirrhosis of the liver
- O  ☒ m) alcohol or drug dependency or abuse
- O  ☒ n) arthritis or osteoprosis
- O  ☒ o) depression or other psychiatric disorder
- O  ☒ p) seizures or other brain disorder
- O  ☒ q) kidney, prostate, breast or other genito-urinary disorder
- O  ☒ r) glaucoma or macular degeneration

MM-200-A.2-CO

– 1 –

02

RETURN TO HOME OFFICE

EXHIBIT 2 - 025

**Health Questions (continued)**

| Yes | No | |
|-----|-----|---|
| O | ☑ | 4. Do you have a primary care physician? If yes, provide the name, address and phone number. |
| O | ☑ | 5. Have you consulted a physician for a checkup during the past 12 months? If yes, were there any abnormal findings? Please describe. |
| O | ☑ | 6. Have you consulted with any other medical specialist(s) during the past 12 months? If yes, please provide the name and specialty of the physician and the details of the condition. |

7. During the past 12 months have you:

| Yes | No | |
|-----|-----|---|
| O | ☑ | a) been advised to have any surgery that has not yet been performed? |
| O | ☑ | b) smoked cigarettes? |
| O | ☑ | c) been declined by another company for a policy providing long term care coverage? |
| O | ☑ | d) consulted a physician for any other reason not previously noted in this application? |
| O | ☑ | e) taken prescription medication? If "Yes," list medications. |

If you answered "Yes" to any of Questions 1-7, provide full details below.

| Ques. No. | Date From | Date To | Describe Condition, Treatment and Medication Prescribed | Name and Address of Physician or Care Facility |
|-----------|-----------|---------|--------------------------------------------------------|-----------------------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Information About Your Insurance Coverage**

| Yes | No | |
|-----|-----|---|
| O | ☑ | 1. Are you covered by Medicaid? (This does not mean Medicare) |
| O | ☑ | 2. Do you have a policy, certificate or application with this or any other company providing long term care insurance? |
| O | ☑ | 3. Did you have another long term care insurance policy or certificate in force during the last twelve (12) months (including a health care service contract or health maintenance organization contract)? |
| O | ☑ | 4. Do you intend to replace any of your medical or health insurance coverage with this policy? |

If you answered "Yes" to any of Questions 2-4, provide full details below and complete required replacement forms:

| Ques. No. | Company | Issue Date | Type | Daily Benefit | Paid-to-Date |
|-----------|---------|------------|------|---------------|--------------|
| | | | | | |
| | | | | | |

EXHIBIT 2 - 026

**Applicant Statements**

**AGREEMENT** — The answers given are complete and true to the best of my knowledge and belief. I understand that the Company will rely on my written answers to the questions in this application and that if my answers are not complete and true, my policy may not be valid. I also understand that the agent cannot determine eligibility for or alter the terms of the proposed policy.

**ACKNOWLEDGMENT** — I acknowledge receipt of an Outline of Coverage, Buyer's Guide and Disclosure Statement, which includes the Medical Information Bureau Notice and the Notice of Insurance Information Practices. Additionally, I acknowledge that I have received an explanation of the benefits and plan costs for the Colorado Basic and Standard Long Term Care Benefit Policies available for purchase.

**AUTHORIZATION** — I hereby authorize any licensed physician, medical practitioner, hospital, clinic, medical facility, insurance company, the Medical Information Bureau or other organization, institution, or person that has any records or knowledge of me or my health, relative to my insurability, to give to Massachusetts Mutual Life Insurance Company, its reinsurers or any third party administrator designated by Massachusetts Mutual Life Insurance Company any such information. I understand that such information will be used to determine my eligibility for insurance. A photocopy of this authorization shall be as valid as the original. This authorization will be valid for 26 months from the date signed and I understand that I or my authorized representative may receive a photocopy of it.

**NOTICE:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**CAUTION:** If your answers on this application are incorrect or untrue, Massachusetts Mutual Life Insurance Company may have the right to deny benefits or rescind your policy.

| | |
|---|---|
| **INFLATION PROTECTION RIDERS** — I have reviewed the Outline of Coverage and the graph that compares the benefits and premiums of this policy with and without the Inflation Protection Riders and I have chosen to ☑ accept ☐ reject coverage under the Inflation Protection Riders. | **NONFORFEITURE RIDERS** — I have reviewed the Outline of Coverage and the nonforfeiture benefits as described therein. Specifically, I have reviewed the Shortened Benefit Period and Full Nonforfeiture Riders and I have chosen to ☐ accept ☑ reject coverage under the nonforfeiture riders. |

Signed at _Aurora Colo._          _Phillip J Meyer_   09-09-02

EXHIBIT 2 - 027